IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | | |
|---|---|---|
| FRANK ROY PARKER, | ) | Case No. 4:11cv00030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United District Judge |

Before me is the Report and Recommendation ("R&R") [ECF No. 22] of the United States Magistrate Judge recommending that an Order be entered granting the Commissioner of Social Security's Motion for Summary Judgment [ECF No. 20], affirming the Commissioner's final decision, and dismissing this action from the docket of the Court. Plaintiff timely filed Objections [ECF No. 24] to the R&R. I have examined the parties' motions, Plaintiff's Objections, the Commissioner's response, and the record, and this matter is now ripe for review. For the reasons set forth in the accompanying Memorandum Opinion, I hereby **ADOPT** the Report and Recommendation in its entirety, **GRANT** the Commissioner's Motion for Summary Judgment, **AFFIRM** the Commissioner's final decision, and direct the Clerk to **DISMISS** this case from the docket of the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to counsel of record, the *pro se* Plaintiff, and Magistrate Judge B. Waugh Crigler.

ENTERED this 19th day of April, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE